IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURA MARVIN,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　Case No.  14-cv-313-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff Laura Marvin's application for disability insurance benefits and supplemental security income is AFFIRMED and Marvin's appeal is DISMISSED.

| s/ J. Smith, Deputy Clerk | 6/3/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |